PATRICK A. GEOGHEGAN, Respondent, *v.* BERTHA W. CHATTERTON et al., Appellants.

*Geoghegan* v. *Chatterton,* 126 App. Div. 913, affirmed.
(Argued May 13, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover commissions on the sale of certain real property.

*W. Wickham Smith* for appellants.

*James F. Higgins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ. Dissenting: WILLARD BARTLETT, J. Absent: CULLEN, Ch. J.